**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 2:07 CR 77 |
| | ) | |
| J. ANTHONY CAPOZZOLI | ) | |

### ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Andrew Rodovich, relating to Defendant's request to enter a plea of guilty pursuant to Federal Rules of Criminal Procedure 11.  Following a hearing on the record on June 11, 2007, Magistrate Rodovich found that there is a factual basis for Defendant's plea and that the Defendant knowingly and voluntarily entered into his plea of guilty.  Accordingly, Magistrate Rodovich recommends that the Court accept Defendant's plea of guilty to the offense charged in Count 1 of the amended information and that Defendant be adjudged guilty of the offense charged in Count 1 of the amended information.

Neither party has filed an objection to Magistrate Rodovich's Report and Recommendation.  The Court having reviewed Magistrate Judge Rodovich's Report and Recommendation and agreeing with the reasoning therein, hereby **ADOPTS** the Report and Recommendation in its entirety.

**SO ORDERED.**

ENTER: July 3, 2007

s/ Philip Simon
Philip P. Simon, Judge
United States District Court